UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:  
LILLIAM LEONOR LINARES FUENTES

CASE NO. 11-05316-ESL

CHAPTER 13

DEBTOR (S)

# TRUSTEE'S UNFAVORABLE REPORT
# ON PROPOSED PLAN CONFIRMATION UNDER §1325

TO THE HONORABLE COURT: NOW COMES, José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

This is the Trustee's position regarding the request, under **11 U.S.C. §1325**, for the confirmation of a Chapter 13 Plan.

Debtor(s)' Income: **Above Median / 60 months commitment period.**   Gen Unsecured Pool: **$0.00**

The **LIQUIDATION VALUE** of the estate has been determined in **$11,820.00   R2016 STM**. **$3,000.00**

**TOTAL ATTORNEYS FEES THRU PLAN: $2,854.00    Fees paid: $0.00    Fees Outstanding: $2,854.00**

With respect to the proposed (amended) Plan dated: **June 24, 2011** (Dkt 2). Plan Base: **18,000.00**

The proposed (amended) plan can not be confirmed because it has the following deficiencies:

- Insufficiently Funded : Fails CREDITORS' BEST INTEREST TEST [§1325(a)(4)]

- Feasibility [§1325(a)(6)]
    Debtor submitted a comparable of sales of the property located in Gurabo, Puerto Rico with a proposed approximate value of $95,156.00 (vs the $73,973.00 proposed value listed in Schedule A). Taking into consideration the $95,156.00 value, the case's liquidation value would increase to $21,355.00 and the minimum base needed would total $35,500.00. Debtor must submit evidence of the value of the property in question and or amend Schedule A to increase the value to $95,156.00 as per comparable of sales produced. Taking into consideration the originally listed value ($73,973.00) the minimum base needed would total $23,100.00.

Due to the above described deficiencies in the proposed plan the Trustee Objects to the Confirmation of the same.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(s), and to her/his/their attorney through CM-ECF notification system.

   In San Juan, Puerto Rico this September 14, 2011.

/s/ Nannette Godreau -Staff Attorney

_____
JOSE R. CARRION
CHAPTER 13 TRUSTEE
PO Box 9023884, San Juan, PR 00902-3884
Tel. (787) 977-3535  Fax (787) 977-3550