```
                           United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                              Case No. 11-05316-ESL
LILLIAM LEONOR LINARES FUENTES                                      Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0104-3         User: graciam              Page 1 of 1         Date Rcvd: Sep 15, 2011
                             Form ID: pdf002            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2011.
db            +LILLIAM LEONOR LINARES FUENTES,    PO BOX 3227,    CAGUAS, PR 00726-3227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 17, 2011**               **Signature:** *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

Debtor: LILLIAM LEONOR LINARES FUENTES
Case Number: 11-05316-ESL13
Date / Time / Room: 9/14/2011 2:00 PM osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: JOSE ROMO

Chapter: 13

### Matter:

DK 2 CONFIRMATION HEARING PLAN DATED 6/24/2011
DK 14 DEBTOR'S REPLY TO TRUSTEE'S UNFAVORABLE RECOMMENDATION

### Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO

### Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___ CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed.

The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

✓ Hearing on Confirmation/Contested Matter is continued to: 11/9/2011 @ 2:00 PM

___ Attorney's Fees: $3,000.00; Other: _____

As per trustee's recommendation.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge