**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**LILLIAM LEONOR LINARES FUENTES**<br>**aka LILLIAM L LINARES FUENTES**<br><br>**xxx–xx–5939**<br><br>Debtor(s) | Case No. **11–05316 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 2/5/16 |

***ORDER***

Upon debtor's (s') reply (see docket entry #55), the motion to dismiss filed by Reliable Financial Services, Inc. (docket entry #54) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Friday, February 5, 2016 .

*Enrique S. Lamoutte*
United States Bankruptcy Judge